1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steven R. Daniels (CA Bar 235398)
Jonathan D. Baker (CA Bar 196062)
Michael D. Saunders (CA Bar 259692)
Gurtej Singh (CA Bar 286547)
FARNEY DANIELS PC
411 Borel Ave., Suite 350
San Mateo, CA 94402
Telephone: (424) 268-5200
Facsimile:  (424) 268-5219
jbaker@farneydaniels.com
sdaniels@farneydaniels.com
tsingh@farneydaniels.com
msaunders@farneydaniels.com

Attorneys for Plaintiff
WORD TO INFO, INC.

(additional counsel listed on signature page)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WORD TO INFO, INC.,

              Plaintiff,

v.

FACEBOOK, INC.

              Defendants.

WORD TO INFO, INC.,

              Plaintiff,

v.

GOOGLE INC.

              Defendants.

Case Nos. 3:15-cv-03485-WHO
and 3:15-cv-03486-WHO

**ORDER GRANTING
JOINT MOTION TO EXTEND
DEADLINE FOR CASE
MANAGEMENT STATEMENT**
CMC:   Nov. 10, 2015 at 2:00 P.M.
Ctrm:   2 – 17th Floor
Judge:  Honorable William H. Orrick

Due Date:  11/3/2015

Requested Date:  11/4/2015

**ORDER GRANTING JOINT MOTION TO EXTEND
DEADLINE FOR CASE MANAGEMENT STATEMENT**

Upon review of Plaintiff Word to Info, Inc. and Defendants Facebook, Inc. and Google Inc.'s Joint Motion to Extend Deadline for Case Management Statement, and finding good cause,

IT IS HEREBY ORDERED that the deadline is extended to November 4, 2015.

IT IS SO ORDERED.



Dated: __November 9,__ 2015

William H. Orrick
United States District Judge

ORDER                                        - 2 -                    Civil Case Nos. 3:15-cv-03485-WHO and
                                                                          3:15-cv-03486-WHO