COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
 (mweinstein@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Nicholas Groombridge (admitted *pro hac vice*)
ngroombridge@paulweiss.com
Jenny C. Wu (admitted *pro hac vice*)
jcwu@paulweiss.com
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

Attorneys for Defendant
GOOGLE INC.
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORD TO INFO, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.<br><br>            Defendant.<br><br>WORD TO INFO, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>            Defendant. | Case Nos. 3:15-cv-03485-WHO and 3:15-cv-03486-WHO<br><br>**STATEMENT OF RECENT DECISION RELEVANT TO CLAIM CONSTRUCTION**<br><br>Hearing:  June 17, 2016 at 9:00 A.M.<br>Ctrm:     2 – 17th Floor<br>Judge:    Honorable William H. Orrick |

1  Pursuant to Local Rule 7-3(d)(2), Defendants Facebook, Inc. and Google Inc. respectfully
2  submit this Statement of Recent Decision to bring to the Court's attention two recent judicial
3  opinions relevant to the claim construction proceedings in these cases:

- *Indacon, Inc. v. Facebook, Inc.*, Appeal No. 2015-1129 (Fed. Cir. June 6, 2016) (attached hereto as **Exhibit A**);
- *Ruckus Wireless, Inc. v. Innovative Wireless Solutions, LLC*, Appeal Nos. 2015-1425, 2015-1438 (Fed. Cir. May 31, 2016) (attached hereto as **Exhibit B**).

Dated: June 9, 2016

/s/ Nicholas Groombridge
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Nicholas Groombridge (admitted *pro hac vice*)
ngroombridge@paulweiss.com
Jenny C. Wu (admitted *pro hac vice*)
jcwu@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
David J. Ball Jr. (*admitted pro hac vice*)
dball@paulweiss.com
David K. Stark (SBN 279089)
dstark@paulweiss.com
2001 K Street, NW, Suite 500
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

DURIE TANGRI LLP
Sonal N. Mehta (SBN 222086)
smehta@durietangri.com
Alexandra H. Moss (SBN 302641)
amoss@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

**Attorneys for Defendant GOOGLE INC.**


COOLEY LLP

/s/ Heidi L. Keefe
Heidi L. Keefe (CA Bar 178960)
Mark R. Weinstein (CA Bar 193043)
Lowell D. Mead (CA Bar 223989)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 857-0663
hkeefe@cooley.com
mweinstein@cooley.com
lmead@cooley.com

**Attorneys for Defendant FACEBOOK, INC.**

2.

STATEMENT OF RECENT DECISION
3:15-CV-03485-WHO,
3:15-CV-03486-WHO

**CERTIFICATE OF SERVICE (Case No. 3:15-CV-03485-WHO)**

I hereby certify that on June 9, 2016, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Heidi L. Keefe*
Heidi Keefe

**CERTIFICATE OF SERVICE (Case No. 3:15-CV-03486-WHO)**

I hereby certify that on June 9, 2016, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Nicholas Groombridge*
Nicholas Groombridge

**FILER'S ATTESTATION (Case No. 3:15-CV-03485-WHO)**

I, Heidi L. Keefe, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5.1(i)(3), I hereby attest that Nicholas Groombridge has concurred in this filing.

*/s/ Heidi Keefe*
Heidi Keefe

**FILER'S ATTESTATION (Case No. 3:15-CV-03486-WHO)**

I, Nicholas Groombridge, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5.1(i)(3), I hereby attest that Heidi Keefe has concurred in this filing.

*/s/ Nicholas Groombridge*
Nicholas Groombridge