IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORD TO INFO, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:15-cv-03485-WHO<br><br>**ORDER OF FINAL JUDGMENT OF NON-INFRINGEMENT** |

　　　　The Court, having considered the parties' Stipulation of Final Judgment of Non-Infringement, and based thereon, hereby ORDERS as follows:

　　　　1.　　Final judgment of non-infringement with respect to the accused instrumentalities is hereby entered as to U.S. Patent Nos. 5,715,468, 6,138,087, 6,609,091, 7,349,840, 7,873,509, 8,326,603, and 8,688,436 based upon the parties' stipulation and the record in this action, thus disposing of all claims for relief alleged in Plaintiff's First Amended Complaint.  This Order constitutes a final, appealable judgment disposing of all claims for relief in this case.

　　　　2.　　In the event that this matter is remanded to this Court for further proceedings, all of the parties' respective arguments and defenses are preserved and may be reasserted in this litigation except to the extent addressed and resolved by the Court of Appeals.

　　　　3.　　The time for filing any petition, bill and/or motion under Federal Rule of Civil Procedure 54(d) to recover costs and/or attorneys' fees shall be tolled pending any appeal of this Order of Dismissal. In the event this judgment is affirmed on appeal, any such petition, bill and/or motion for costs and/or attorneys' fees may be filed within fourteen (14) days after issuance of the mandate by the Court of Appeals.  In the event no appeal is filed, any such petition, bill and/or

motion for costs and/or attorneys' fees may be filed within fourteen (14) days after the last day for filing a notice of appeal.

IT IS SO ORDERED.

Dated: November 16, 2016

William H. Orrick
United States District Judge